584

454 A.2d 149

Columbia Gas v. Higbee Corp., Appellant.

Petition for Allowance of Appeal
Denied March 14, 1983.

Argued March 17, 1982. J. Frank McKenna, for appellant; Duane A. Dudik, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of the court is affirmed.

454 A.2d 149

Commonwealth v. Baker, Appellant.

Submitted May 4, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is affirmed.